**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA FRANCHISING, INC., a Delaware Corporation, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION FILE NO. |
| B & P PARTNERSHIP, a Florida limited partnership; and PANKAJ BRAHMBHATT, an individual, | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DAYS INNS WORLDWIDE, INC., FORMERLY KNOWN AS DAYS INNS OF AMERICA FRANCHISING, INC.</u>**

Plaintiff Days Inns Worldwide, Inc., formerly known as Days Inns of America Franchising, Inc. ("DIW"), by its undersigned counsel, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any

parent entity and any publicly held company that owns 10% or more of the equity in a party:

a. Plaintiff Days Inns Worldwide, Inc., formerly known as Days Inns of America Franchising, Inc.

b. Defendant B & P Partnership

c. Defendant Pankaj Brahmbhatt.

DIW certifies that its corporate parent Wyndham Hotel Group, LLC, is a wholly-owned subsidiary of Wyndham Worldwide Corporation, which is publicly held.

No individual or entity owns 10% or more of the common stock of Wyndham Worldwide Corporation. DIW has no publicly held subsidiaries or affiliates.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

a. The parties listed in Paragraph No. 1 above.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. Christopher A. Wiech of LeClairRyan

b. Bryan P. Couch of LeClairRyan

c. Patrick E. During of LeClairRyan

Respectfully submitted, this 22nd day of July 2015.

**LECLAIRRYAN**

*/s/ Christopher A. Wiech*
CHRISTOPHER A.WIECH
Georgia Bar No. 757333
1230 Peachtree Street, N.E., Suite 1900
Atlanta, Georgia 30309
Tel: 404-942-2802
Fax: 404-942-2810
E-mail: christopher.wiech@leclairryan.com

AND

BRYAN P. COUCH
*Pro Hac Vice Admission Pending*
PATRICK E. DURING
*Pro Hac Vice Admission Pending*
LECLAIRRYAN
1037 Raymond Boulevard
Newark, New Jersey 07102
Tel: 973-491-3600
Fax: 973-491-3632
E-mail: bryan.couch@leclairryan.com
E-mail: patrick.during@leclairryan.com

**Attorneys for Plaintiff**