FLORIDA DEPARTMENT OF STATE
Division of Corporations

May 17, 2016

CHRISTOPHER A. WIECH, ESQ.
1230 PEACHTREE STREET, NE
SUITE:1900
ATLANTA, FL 30309

Pursuant to Chapter 48.161, 48.171, 48.181, 48.081 or 48.19 Florida Statutes, a copy of the process and initial pleading, case number 1:15-CV-2608, was accepted for PANKAJ BRAHMBHATT, and was filed on May 12, 2016, at 04:00 PM.

Plaintiff(s)

DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA FRANCHISING, INC., a Delaware Corporation,

-vs-

Defendant(s)

B&P PARTNERSHIP, a Florida Limited Partnership; and PANKAJ BRAHMBHATT, an individual,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 416A00010352