**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA FRANCHISING, INC., a Delaware Corporation,

Plaintiff,

v.

B & P PARTNERSHIP, a Florida limited partnership; and PANKAJ BRAHMBHATT, an individual,

Defendants.

Case No. 1:15-cv-02608-WSD

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

Plaintiff, Days Inns Worldwide, Inc., formerly known as Days Inns of America Franchising, Inc., Inc. ("DIW"), hereby moves for an Entry of Default by the Clerk of Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendants, B & P Partnership and Pankaj Brahmbhatt ("Defendants"), in this action.

This Motion seeking a default entry against Defendants, is based upon Defendants' failure to serve any responsive pleading to the Summons and

Complaint filed by DIW in this case, in accordance with Fed. R. Civ. P. 12(a)(1)(A)(i). In support of this Motion, Plaintiff show as follows:

1. The Complaint was filed with the Court on July 22, 2015. See Document No. 1.

2. On July 28, 2015, the undersigned counsel forwarded the Summons and Complaint to Recon Management Group ("Recon") to effectuate personal service upon defendants.

3. Despite diligent efforts and inquiry, Recon was unable to personally serve B & P Partnership. See Document No. 6.

4. Despite diligent efforts and inquiry, Recon was unable to personally serve Pankaj Brahmbhatt. See Document No. 7.

5. Defendants may be served in a judicial district of the United States by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." *Fed. R. Civ. P.* 4(e)(1).

6. Recon identified that defendant Pankaj Brahmbhatt, in both his personal capacity and in his capacity as officer of defendant B & P Partnership, resides at 1181 Airport Road, Jacksonville, Florida 32218. (See Document Nos. 11-12.).

7. According to the Florida of Civil Procedure, defendants may be served by mailing a copy of the Summons and of the Complaint, upon the Secretary of State. Fla. Stat. § 48.161 and Fla. Stat. § 48.181.

8. On May 2, 2016, on plaintiff's behalf, a member of our law firm delivered a copy of the Summons and Complaint, accompanied by a letter, to B& P Partnership and Pankaj Patel, care of Secretary of State of Florida, via hand delivery. A copy of the letter, dated May 2, 2016 correspondence, is attached hereto as Exhibit A.

9. The Summons and a copy of the Complaint in this action were served upon B & P Partnership on May 17, 2016, pursuant to Fed R. Civ. P. 4(e)(1) as appears from the Return of Effectuated Service filed with the Court. (See Document No. 10.)

10. The Summons and a copy of the Complaint in this action were served upon Pankaj Brahmbhatt on May 17, 2016, pursuant to Fed R. Civ. P. 4(e)(1) as appears from the Return of Effectuated Service filed with the Court. (See Document No. 11.)

11. As of the date of this Motion, Defendants have failed to plead or otherwise defend the above-styled action as required by the Federal Rules of Civil Procedure and therefore entry of a default by the Clerk of Court is proper.

**WHEREFORE**, Plaintiff hereby requests the Clerk of this Court to enter default against defendants, B & P Partnership and Pankaj Brahmbhatt.

Respectfully submitted this 11th day of July 2016.

**LeClairRyan**

*/s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333
1230 Peachtree Street, N.E., Suite 1900
Atlanta, Georgia 30309
Tel: 404-942-2801
Fax: 404-942-2810
E-mail: Christopher.Wiech@leclairryan.com

Bryan P. Couch
*Admitted Pro Hac Vice*
Patrick E. During
*Admitted Pro Hac Vice*
LeClairRyan
1037 Raymond Boulevard
Newark, NJ 07102
Tel: 973-491-3600
Fax: 973-491-3632
E-mail: bryan.couch@leclairryan.com
E-mail: patrick.during@leclairryan.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of same was also sent to defendants via regular and certified mail addressed as follows:

B & P Partnership
Pankaj Bhrambhatt
1181 Airport Road
Jacksonville, Florida 32218

This 11th day of July 2016.

*/s/ Christopher A. Wiech*
Christopher A. Wiech

## FONT CERTIFICATION

THIS IS TO CERTIFY that, pursuant to LR 5.1C, NDGa, the above document was prepared in Times New Roman, 14pt.

*/s/ Christopher A. Wiech*
Christopher A. Wiech

# EXHIBIT A

LECLAIRRYAN

May 2, 2016

**VIA HAND DELIVERY**
B&P Partnership
Pankaj Brahmbhatt
C/O Secretary of State
Attn: Service of Process
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

Re: **Days Inns Worldwide, Inc. v. B&P Partnership, et al.**
**Civil Action No. 15-cv-2608-WSD**
**United States District Court, Northern District of GA, Atlanta Division**
**Site No. DIW 4936**

Dear Sir or Madam:

Enclosed for service upon you is a Summons and two copies of the Complaint filed against defendants, B & P Partnership and Pankaj Brahmbhatt, in the United States District Court for the Northern District of Georgia, Atlanta Division. Please note that plaintiff Days Inns Worldwide, Inc. files this Summons and Complaint pursuant to **Fla. Stat. § 48.161** and **Fla. Stat. § 48.181**. Enclosed please also find the Affidavits of Diligent Efforts as to B & P Partnership and Pankaj Brahmbhatt, along with the filing fee of $8.75 per defendant.

Very truly yours

Bryan P. Couch

BPC:sem
Enclosure

E-mail: Bryan.Couch@leclairryan.com
Direct Phone: (973) 491-3582
Direct Fax: (973) 491-3632

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Malinda Miller, Attorney In Charge
Phone: (973) 491-3600 \ Fax: (973) 491-3555