**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DAYS INN WORLDWIDE, INC., a Delaware Corporation formerly know as Days Inn of America Franchising, Inc., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:15-cv-2608-WSD |
| B&P PARTNERSHIP, a Florida limited partnership, and PANKAJ BRAHMBHATT, an individual, | |
| Defendant. | |

**DEFAULT JUDGMENT**

The defendant(s) B&P PARTNERSHIP, a Florida limited partnership, and PANKAJ BRAHMBHATT, an individual, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William S. Duffey, Jr., United States District Judge, by order of March 10, 2017, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff DAYS INN WORLDWIDE, INC., recover from the defendant(s) B&P PARTNERSHIP, a Florida limited partnership, and PANKAJ BRAHMBHATT, an individual, the amount of $204,446.09, and prejudment interest in the amount of $29,134.22, for a total award of $233,580.31.

Dated at Atlanta, Georgia this 13th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: s/Jill Ayers
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 13, 2017
James N. Hatten
Clerk of Court

By: s/Jill Ayers
Deputy Clerk