# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Days Inns Worldwide, Inc.<br>*Plaintiff*<br>v.<br>B&P Partnership and Pankaj Brahmbhatt<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 1:15-cv-2608-WSD |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* March 13, 2017 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 11/19/2019

JAMES N. HATTEN

*CLERK OF COURT*

s/Brittany Poley

*Signature of Clerk or Deputy Clerk*